IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON RAUSCH, a minor, by and through her Parents and Natural Guardians, REGINA RAUSCH and CHRISTOPHER RAUSCH, and REGINA RAUSCH and CHRISTOPHER RAUSCH, in their own right<br><br>v.<br><br>NEMOURS/ALFRED I. DUPONT HOSPITAL FOR CHILDREN THE NEMOURS FOUNDATION | CIVIL ACTION NO. 17-CV-2527<br><br>(Hon. C. Darnell Jones, II) |

## JOINT STATUS UPDATE

In accordance with the Court Order of May 29, 2018, the parties advise the Court that they have reached a settlement agreement, pending execution of a release.

Respectfully submitted,

Date: 7/31/18

BY: _____
REGAN S. SAFIER, ESQUIRE
PA 79919; regan.safier@klinespecter.com
Attorney for Plaintiffs

Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-2460 (Direct)
(215) 735-0921 (Fax)

Date: 7/31/18                              BY: _____
                                           SARA LYNN PETROSKY, ESQUIRE
                                           PA 50316; petrosky@doclawyers.com
                                           Attorney for Defendants

                                           McCann Law, LLC
                                           1800 John F. Kennedy Boulevard, Suite 1812
                                           Philadelphia, PA  19103
                                           215-609-1503 (Direct)
                                           215-568-1392 (Fax)