IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON RAUSCH, et al., : | |
|    Plaintiffs, : | CIVIL ACTION |
| v. : | NO. 17-2527 |
| : | |
| NEMOURS/ALFRED I. DUPONT : | |
| HOSPITAL FOR CHILDREN, et al. : | |
|    Defendants. : | |

## ORDER

**AND NOW**, 13th day of August, 2018, upon consideration of the representations made by counsel in Joint Status Update dated July 31, 2018 (ECF No. 21), it is hereby **ORDERED** that the above referenced matter is **DISMISSED** pursuant to Local Rule 41.1(b).[1]

The Clerk of Court is directed to close this matter for statistical and all other purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II     J.

---

[1] Upon notification that the parties have reached a settlement, courts in this district may enter a dismissal order under Local Rule 41.1(b) even if an agreement has not yet been executed or reduced to writing. *See TotalFacility, Inc. v. Dabek*, No. 14-cv-5324, 2016 WL 7450465 (E.D. Pa. Dec. 28, 2016). Local Rule 41.1(b) extends the court's jurisdiction over the settlement process for ninety days; this Court does not retain jurisdiction beyond that ninety-day period. *See Preitz v. Am. Airlines, Inc.*, No. 11-cv-44, 2017 WL 118092 (E.D. Pa. Jan. 11, 2017).